DISMISS; Opinion Filed October 11, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00304-CR

**TERRY E. GODETTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-84459-2011

# MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Moseley

Terry E. Godette was convicted of the class A misdemeanor offense of engaging in the business of an alarm company without obtaining a license to do so. *See* TEX. OCC. CODE ANN. §§ 1702.102, .105, .388 (West 2012). Punishment was assessed at 180 days' confinement in jail, probated for one year, and a $300 fine. Appellant, who is not indigent, is representing himself in the appeal. On July 31, 2012, we ordered the Collin County Clerk to file, within sixty days, either the clerk's record or written verification appellant had not paid for the record. We warned appellant that if we received verification of non-payment, we would dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). On September 26, 2012, we received a letter from the Collin County Clerk stating appellant has not paid for the clerk's record. To date, we have had no correspondence from

appellant regarding the appeal.

Accordingly, we dismiss the appeal for want of prosecution.


_____
JIM MOSELEY
JUSTICE

Do Not Publish
Tex. R. App. P. 47
120304F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TERRY E. GODETTE, Appellant

No. 05-12-00304-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 4 of Collin County, Texas. (Tr.Ct.No. 004-84459-2011).
Opinion delivered by Justice Moseley, Justices Fillmore and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered October 11, 2012.

_____
JIM MOSELEY
JUSTICE